IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

| | |
|---|---|
| ROBERT RATCLIFF ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:11-cv-1019 |
| ) | |
| v. ) | Judge Edmund Sargus |
| ) | Magistrate Judge Norah McCann |
| ) | King |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the within action and hereby stipulate that the within matter be marked settled and dismissed with prejudice, each party to pay their own costs.

**IT IS SO ORDERED.**

_____  1-31-2014
Judge Edmund Sargus

Approved by:

*/s/ Laurence C. Acker (via e-mail approval)*
Robert B. Thompson (0078633)
Laurence C. Acker
Harrington, Thompson, Acker &
Harrington, Ltd.
180 North Wacker Drive, Suite 300
Chicago, Illinois 60606
*Attorneys for Plaintiff Robert Ratcliff*

*/s/ R. Leland Evans*
R. Leland Evans, Esquire (0006833)
DICKIE, MCCAMEY & CHILCOTE, P.C.
2109 Stella Court
Columbus, Ohio 43215
*Attorney for Defendant Norfolk Southern Railway Company*